UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:17-cr-148 |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE** |
| TERRI LEE WIEDEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Terri Lee Wiedeman, by her attorney Assistant Federal Public Defender Christopher J. Lancaster, moves the Court for an order modifying its order modifying conditions of release, filed on September 30, 2020. Specifically, Ms. Wiedeman requests that she be allowed to reside with her parents. This motion is made upon the following grounds:

1. An Order Setting Conditions of Release was entered on September 30, 2020, allowing Ms. Wiedeman to reside at a residential reentry center.

2. Ms. Wiedeman recently started a job at Noridian which requires teleworking. Ms. Wiedeman has been traveling to and from Centre, Inc. in Fargo to her parents' home in Sabin to allow her to work. She is requesting that she be allowed to reside at her parents' home with an additional condition of location monitoring.

3. Defense counsel spoke with Assistant U.S. Attorney Brett Shasky and U.S. Probation Officer Megan Scherf and neither object to the motion.

Dated this 4th day of February, 2021.

                         Respectfully submitted,

                         JASON J. TUPMAN
                         Federal Public Defender
                         By:

                         _/s/  *Christopher J. Lancaster*_
                         Christopher J. Lancaster
                         Assistant Federal Public Defender
                         Attorney for Defendant
                         Office of the Federal Public Defender
                         Districts of South Dakota and North Dakota
                         Federal Square, Second Floor
                         112 Roberts Street North, Suite 200
                         Fargo, ND 58102
                         Telephone: 701-239-5111
                         Facsimile:  701-239-5098
                         filinguser_SDND@fd.org